**Order entered April 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01486-CR
No. 05-13-01487-CR

**KENNETH RAY TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F13-51238-H, F13-51239-H**

## ORDER

The Court **GRANTS** appellant's March 17, 2014 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on March 28, 2014 filed as of the date of this order.

/s/  DAVID EVANS
    JUSTICE